# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153046

ATTORNEY GRIEVANCE COMMISSION,
     Plaintiff,

v

ATTORNEY DISCIPLINE BOARD,
     Defendant.

SC: 153046
ADB: 15-000082-GA;
15-000088-GA

_____/

On order of the Chief Justice, the stipulation agreeing to the dismissal of the complaint for superintending control is considered, and the complaint is DISMISSED, without prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016



Clerk

a0906